CAMPTON v. MIDDLETON BROTHERS ET AL.

[No. 11,488.    Filed October 12, 1922.    Rehearing denied December 22, 1922.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Mary Campton against Middleton Brothers and others. From the award made, the applicant appeals. *Affirmed.*

Tarr *v.* Guthrie—79 Ind. App. 701.

*H. W. Phipps* and *James W. Sweeney,* for appellant.
*John Rynerson, George W. Long,* and *Howe S. Landers,* for appellees.

PER CURIAM.—Affirmed on the authority of *Willett* v. *Larch* (1920), 189 Ind. 410, 127 N. E. 546.